UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

HD
2014 MAR 14 A 11: 44

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 12-2259

UNITED STATES
Appellee,

v.

PRUDENCE KANTENGWA
Defendant-Appellant.

## APPELLANT KANTENGWA'S MOTION TO FILE APPENDIX UNDER SEAL

Pursuant to Rules 30.0(g) and 11.0(c) of the Rules of this Court, Appellant, Prudence Kantengwa, requests that this Court grant leave to file a Sealed Appendix to Appellant's Brief.

As grounds for this motion, undersigned counsel states that this part of the appendix contains documents that were filed under seal in the district court and remain sealed. Local Rule 28.0(c) provides that the portion of the Judgment containing the Statement of Reasons shall be submitted under seal.

Respectfully submitted,

/s/ Judith H. Mizner
Judith H. Mizner,
Assistant Federal Defender
FEDERAL DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
Identification No. 11056

Dated: March 14, 2014          Attorney for Appellant

## CERTIFICATE OF SERVICE

I, Judith H. Mizner, hereby certify that I have, this date, served copies of the foregoing Motion and Sealed Appendix upon the United States, by hand-delivering two copies to counsel of record, specifically, Dina Michael Chaitowitz, on March 14, 2014.

/s/ Judith H. Mizner
Judith H. Mizner